IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**PAMELA BRENNAN et al,**                     No    C-04-2676 VRW

         **Plaintiffs,**                             **ORDER**

         **v**

**CONCORD EFS, INC et al,**

         **Defendants.**

_____/

On September 21, 2005, plaintiffs informed the court by letter about a discovery dispute over plaintiffs' requests for production of documents from defendant Bank of America Corporation ("BAC") and its wholly-owned subsidiary Bank of America, NA ("BANA"). Doc #198. Plaintiffs assert that Ninth Circuit law requires BAC to provide these documents on behalf of BANA, which plaintiffs claim BAC has not done. Id. In a response letter filed on September 22, 2005, BAC contends that because BANA is not a defendant in the present suit, BAC does not have to comply with plaintiffs' requests for BANA's documents. Doc #199. In their reply letter filed on September 27, 2005, plaintiffs assert that BANA's party status in this suit is irrelevant -- all that matters

is whether plaintiffs are entitled to discovery from BANA. Doc #200.

The court is somewhat puzzled. On the one hand, the cases cited by plaintiffs suggest that as owner of BANA, BAC must comply with plaintiffs' requests for BANA's documents. See <u>United States v Int'l Union of Petroleum and Indus Workers</u>, 870 F2d 1450, 1452 (9th Cir 1989). On the other hand, if BAC is actually the entity that has the relationship with the Star network -- which is what plaintiffs allege -- then why do plaintiffs seek discovery from BANA at all? Alternatively, if BANA has a relationship to the Star network, then why is it not a party in this case?

In any case, the court declines to decide this issue at this time, given that the record is thin concerning the extent of BAC's control over BANA. Nonetheless, if the parties cannot reach an agreement on this dispute, they must contact Chief Magistrate Judge Larson so that it is resolved no later than February 28, 2006.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge