UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA BRENNAN et al,               No   C-04-2676 VRW

     Plaintiffs,

                                         ORDER OF RECUSAL

     v

CONCORD EFS, INC et al,

     Defendants,

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

     All pending dates of motions, case management conferences and trial are hereby vacated and will be reset by the newly assigned judge.

     IT IS SO ORDERED.

*[signature]*

VAUGHN R WALKER

United States District Chief Judge