IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAMELA BRENNAN,  No. C 04-02676 SBA

    Plaintiff,  **RECUSAL ORDER**

  v.

CONCORD EFS, INC,

    Defendant.
_____/

    Due to a conflict of interest, I HEREBY recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section E.2 of the Assignment Plan of this Court.

    All pending dates of motion, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

    IT IS SO ORDERED.

Dated: 2/9/06

                                                      _____
                                                      SAUNDRA BROWN ARMSTRONG
                                                      United States District Judge