Joseph R. Saveri (SBN 130064)
Paul A. Moore (SBN 241157)
Peter E. Leckman (SBN 235721)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
(415) 956-1000

Merrill G. Davidoff (Admitted *Pro Hac Vice*)
Bart D. Cohen (Admitted *Pro Hac Vice*)
Michael J. Kane (Admitted *Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ATM FEE ANTITRUST LITIGATION | Master File No. C-04-2676 CRB |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To:<br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>The Honorable Charles R. Breyer |

553934.1

- 1 -

1   Plaintiffs filed a Stipulation In Support of Motion to File Documents Under Seal signed
2   by the Defendants in this matter and Notice of Motion and Motion to File Documents Under Seal.
3   The documents plaintiffs have requested to file under seal have all been designated as
4   "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY" pursuant to
5   the Stipulated Protective Order entered by this Court on August 4, 2005 (Docket Entry 166).

6   Plaintiffs' motion to file Plaintiffs' Opposition to Defendant Concord EFS, Inc.'s Motion
7   for Partial Summary Judgment and accompanying documents under seal is therefore GRANTED.

8   IT IS FURTHER ORDERED that, other than by the Court and duly authorized Court
9   personnel, inspection of the records sealed by this Order shall be permitted only upon further
10  Order of the Court made upon application and good cause shown.

Dated: August ____, 2006

_____
Honorable Charles R. Breyer

553934.1

- 2 -

[[PROPOSED] ORDER GRANTING PLAINTIFFS'
APPLICATION TO FILE DOCUMENTS UNDER SEAL
*In re ATM Fee Antitrust Litigation -- Case C-04-2676 CRB*