```
 1  Joseph R. Saveri (SBN 130064)
    Paul A. Moore (SBN 241157)
 2  Peter E. Leckman (SBN 235721)
    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
 3  275 Battery Street, 30th Floor
    San Francisco, CA  94111-3339
 4  Telephone:  (415) 956-1000

 5  Merrill G. Davidoff (Admitted *Pro Hac Vice*)
    Bart D. Cohen (Admitted *Pro Hac Vice*)
 6  Michael J. Kane (Admitted *Pro Hac Vice*)
    BERGER & MONTAGUE, P.C.
 7  1622 Locust Street
    Philadelphia, PA 19103
 8  Telephone:  (215) 875-3000

 9  Co-Lead Counsel for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ATM FEE ANTITRUST LITIGATION | Master File No. C04-2676 CRB |
| | **CLASS ACTION** |
| | [PROPOSED] **ORDER AND REQUEST TO BRING EASEL TO HEARING** |
| This Document Relates To: | Date:         September 14, 2006 |
| ALL ACTIONS | Time:         8:30 a.m. |
| | Courtroom:  8 |
| | The Honorable Charles R. Breyer |

PLAINTIFFS hereby request permission to bring an easel to the hearing in this matter scheduled for Thursday, September 14, 2006 at 8:30 am in Courtroom 8.

///

///

///

563400.1

- 1 -

[PROPOSED] ORDER AND REQUEST TO
BRING EASEL TO HEARING
*In re ATM Fee Antitrust Litigation – Master File C04-2676 CRB*

Dated:   September 13, 2006        Respectfully Submitted,

Joseph R. Saveri (SBN 130064)
Paul A. Moore (SBN 241157)
Peter E. Leckman (SBN 235721)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
(415) 956-1000

By:  */s/ Paul A. Moore*
        Paul A. Moore

Merrill G. Davidoff
Bart D. Cohen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

*Co-Lead Counsel for Plaintiffs*

        Plaintiffs filed a Request to Bring an Easel to Hearing scheduled in this matter on Thursday, September 14, 2006 in Courtroom 8 at 8:30 am.

        GOOD CAUSE APPEARING, PLAINTIFFS' request is hereby granted.

Dated:  September  13 , 2006        _____
                                    Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA