UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ATM FEE ANTITRUST LITIGATION,

No. C 04-2676 CRB    (JL)

RECUSAL ORDER

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to the undersigned for discovery.  The Court recuses itself from hearing this matter.

IT IS SO ORDERED.

Dated: November 16, 2006

_____
JAMES LARSON
Chief Magistrate Judge