Joseph R. Saveri (SBN 130064)
Peter E. Leckman (SBN 235721)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
(415) 956-1000

Merrill G. Davidoff (Admitted *Pro Hac Vice*)
Bart D. Cohen (Admitted *Pro Hac Vice*)
Michael J. Kane (Admitted *Pro Hac Vice)*
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ATM FEE ANTITRUST LITIGATION | Master File No. C04-2676 CRB |
|---|---|
| | **CLASS ACTION** |
| | **JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER** |
| This Document Relates To: | |
| ALL ACTIONS | The Honorable Charles R. Breyer |

## STIPULATION

WHEREAS, a Discovery Hearing was held on February 5, 2007 before the Honorable Charles R. Breyer concerning the inadvertent production of certain documents claimed to be privileged or otherwise protected from discovery by Defendants Concord EFS, Inc. and First Data Corp ("Concord/First Data");

WHEREAS, Brian Wallach of the law firm of Howrey, LLP appeared for Concord/First Data and Joseph R. Saveri of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP appeared on behalf of Plaintiffs;

WHEREAS, the hearing concerned confidential documents, and the record was placed under seal by Order of the Court at the hearing;

WHEREAS, the court reporter will not prepare a transcript of the proceedings absent further Order of the Court;

WHEREAS, the Plaintiffs and Defendants Concord/First Data would benefit from a record of the proceedings for purposes of this litigation and therefore request that the court reporter prepare a transcript;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective counsel of record that:

1. The court reporter may prepare a transcript of the discovery hearing held on February 5, 2007;
2. The transcript shall be filed under seal; and
3. The transcript may only be released to counsel for the Plaintiffs and Defendants Concord EFS, Inc. and First Data Corp.

SO STIPULATED.

Dated: February 9, 2007

Joseph R. Saveri (SBN 130064)
Peter E. Leckman (SBN 235721)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000

By: *Peter E. Leckman*
Peter E. Leckman

Merrill G. Davidoff
Bart D. Cohen
Michael J. Kane
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000

*Co-Lead Counsel for Plaintiffs*

Dated: February 9, 2007

Stephen R. Cook
HOWREY, LLP
2020 Main Street, Suite 1000
Irvine, CA 92614
Phone: (949) 759-3981

By: *Stephen R. Cook w/permission PEL*
Stephen R. Cook
*Counsel for Defendants Concord EFS Inc. and First Data Corp.*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 12, 2007

The Honorable Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer