**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ATM FEE ANTITRUST LITIGATION,<br><br>        Plaintiff,<br><br>_____/ | No. C 04-02676 CRB<br><br>**ORDER** |

The Court hereby orders the referral to Magistrate Judge Maria-Elena James be withdrawn.  All further discovery matters will be conducted before the Honorable Charles R. Breyer.

**IT IS SO ORDERED.**

Dated: April 11, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

N:\pdf documents\2676atm.wpd