1  Joseph R. Saveri (SBN 130064)
   Daniel E. Barenbaum (SBN 209261)
2  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
3  San Francisco, CA  94111-3339
   Telephone: (415) 956-1000
4
   Merrill G. Davidoff (Admitted *Pro Hac Vice*)
5  Bart D. Cohen (Admitted *Pro Hac Vice*)
   Michael J. Kane (Admitted *Pro Hac Vice*)
6  BERGER & MONTAGUE, P.C.
   1622 Locust Street
7  Philadelphia, PA 19103
   Telephone: (215) 875-3000
8
   Co-Lead Counsel for Plaintiffs
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ATM FEE ANTITRUST LITIGATION | Master File No. C04-2676 CRB |
|---|---|
|  | **CLASS ACTION** |
| This Document Relates To: | [~~PROPOSED~~] **ORDER REGARDING BRIEFING SCHEDULE AND FORMAT OF MOTION TO COMPEL** |
| ALL ACTIONS | Date:<br>Time:<br>Courtroom:    8<br>The Honorable Charles R. Breyer |

On April 9, 2007, Plaintiffs filed a letter requesting that the Court (a) set a briefing schedule and (b) enter an order regarding the format of the motion to compel that is scheduled to be heard on May 17, 2007. By Court order, the meet-and-confer process required by the Local Rules for the Northern District of California concluded on April 6, 2007.

613603.2

[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
AND FORMAT OF MOTION TO COMPEL
*In re ATM Fee Antitrust Litigation – Master File C04-2676 CRB*

GOOD CAUSE APPEARING:

1. The briefing schedule for the motion to compel calendared for May 17, 2007 shall be:

    a. Opening Brief: April 17, 2007

    b. Opposition Brief: May 1, 2007

    c. Reply Brief: May 8, 2007

2. Page lengths for all documents filed shall be in compliance with the Local Rules for the Northern District of California.

3. The parties are excused from filing a statement in compliance with Local Rule 37-2 and may instead submit relevant discovery requests and responses/objections in an appendix, as they see fit.

Dated: April 11, 2007

_____
Charles R. Breyer
United States

IT IS SO ORDERED
Judge Charles R. Breyer