Joseph R. Saveri (SBN 130064)
Daniel E. Barenbaum (SBN 209261)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Merrill G. Davidoff (Admitted *Pro Hac Vice*)
Bart D. Cohen (Admitted *Pro Hac Vice*)
Michael J. Kane (Admitted *Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ATM FEE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C04-2676 CRB<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL ALL DEFENDANTS TO PROVIDE DOCUMENTS RELEVANT TO PLAINTIFFS' FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Date:  May 17, 2007<br>Time:  2:00 p.m.<br>Courtroom:  8<br>The Honorable Charles R. Breyer |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that on May 17, 2007, at 2:00 p.m. (or as soon |
| 3 | thereafter as the matter may be heard) in the Courtroom of the Honorable Charles R. Breyer |
| 4 | located at 450 Golden Gate Avenue, San Francisco, California, Plaintiffs will, and hereby do, |
| 5 | move to compel the following parties as follows: |

      1.      Defendants Concord EFS, Inc. and First Data Corporation to provide further responses and documents in response to Plaintiffs' Fourth Set of Requests for Production of Documents to Concord EFS, Inc. and First Data Corporation, pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, as well as the Local Rules of the Northern District of California; and

      2.      Defendants JPMorgan Chase Bank, N.A. Successor-in-Interest to Bank One, N.A., Bank of America Corporation, Citibank, N.A., Successor-in-Interest to Citibank (West), FSB, SunTrust Banks, Inc., Wachovia Corporation, Wachovia Bank, N.A., Wells Fargo & Co., Wells Fargo Bank, N.A., and Servus Financial Corp. to provide further responses and documents in response to Plaintiffs' Fourth Set of Requests for Production of Documents to Bank Defendants, pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure as well as the Local Rules of the Northern District of California.

Plaintiffs' motion to compel is based on this Notice of Motion and Motion to Compel All Defendants To Provide Documents Relevant To Plaintiffs' Fourth Set Of Requests For Production Of Documents, the accompanying Plaintiffs' Memorandum in Support of Motion to Compel All Defendants To Provide Documents Relevant To Plaintiffs' Fourth Set Of Requests For Production Of Documents; the Declaration of Joseph R. Saveri in Support of Motion to Compel All Defendants To Provide Documents Relevant To Plaintiffs' Fourth Set Of Requests For Production Of Documents; Declaration of Joseph R. Saveri in Support of Motion to Compel Appending Relevant Discovery Requests and Responses; Declaration of Joseph R. Saveri in

Support of Motion to Compel Appending Court-File Documents; the [Proposed] Order Granting Plaintiffs' Motion to Compel All Defendants to Provide Documents Relevant to Plaintiffs' Fourth Set of Requests for Production of Documents; the pleadings and other matters on file in this action; and any arguments and testimony that may be heard.

Dated: April 17, 2007

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:     /s/ Joseph R. Saveri
        Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Daniel E. Barenbaum (SBN 209261)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000


Hector D. Geribon (SBN 200410)
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500


Merrill G. Davidoff (Admitted *Pro Hac Vice*)
Bart D. Cohen (Admitted *Pro Hac Vice*)
Michael J. Kane (Admitted *Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000


Co-Lead Counsel for Plaintiffs