1    Joseph R. Saveri (SBN 130064)
     Daniel E. Barenbaum (SBN 209261)
2    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
     275 Battery Street, 30th Floor
3    San Francisco, CA  94111-3339
     Telephone:  (415) 956-1000
4

5    Merrill G. Davidoff (Admitted *Pro Hac Vice*)
     Bart D. Cohen (Admitted *Pro Hac Vice*)
     Michael J. Kane (Admitted *Pro Hac Vice*)
6    BERGER & MONTAGUE, P.C.
     1622 Locust Street
7    Philadelphia, PA 19103
     Telephone:  (215) 875-3000
8

9    Co-Lead Counsel for Plaintiffs

10                UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13   In re ATM FEE ANTITRUST | Master File No. C04-2676 CRB |
| 14   LITIGATION | |
| 15 | **CLASS ACTION** |
| 16 | **DECLARATION OF JOSEPH R. SAVERI IN** |
| 17   This Document Relates To: | **SUPPORT OF MOTION TO COMPEL ALL DEFENDANTS TO PROVIDE DOCUMENTS** |
| 18   ALL ACTIONS | **RELEVANT TO PLAINTIFFS' FOURTH SET OF REQUESTS FOR PRODUCTION OF** |
| 19 | **DOCUMENTS** |
| 20 | Date:         May 17, 2007 |
| 21 | Time:         2:00 p.m.  Courtroom:    8 |
| 22 | The Honorable Charles R. Breyer |

23

24

25

26

27

28

613910.3

DECLARATION OF JOSEP H R. SAVERI
IN SUPPORT OF MOTION TO COMPEL
*In re ATM Fee Antitrust Litigation – Master File C04-2676 CRB*

1    I, Joseph R. Saveri, declare as follows:

2         1.     I am a partner at the law firm of Lieff, Cabraser, Heimann & Bernstein,

3    LLP ("LCHB"), and a member in good standing of the State Bar of California and the State Bar

4    of New York.  I submit this declaration in support of Plaintiffs' Motion To Compel All

5    Defendants To Provide Documents Relevant To Plaintiffs' Fourth Set Of Requests For

6    Production Of Documents.  I have personal knowledge of the matters set forth herein, and could

7    and would testify competently thereto if called upon to do so.

8         2.     On January 8, 2007, Plaintiffs served (a) Plaintiffs' Fourth Set of Requests

9    For Production of Documents to Bank Defendants and (b) Plaintiffs' Fourth Set of Requests For

10   Production of Documents to Concord EFS, Inc. and First Data Corporation.  Defendants'

11   objections/responses were due on February 13, 2007.

12        3.     Because of the importance and time-sensitive nature of the discovery

13   requests at issue, Plaintiffs worked prior to receiving objections/responses to schedule

14   comprehensive in-person meet-and-confer conferences to discuss issues that may have been in

15   dispute.  Group meetings were initially scheduled.  The initial meeting took place on February 14,

16   2007, the day after responses were served.  Those meetings were followed by individual

17   defendant-by-defendant meetings.  A number of letters memorialize the efforts to set group

18   meetings.

19        a.     Attached hereto as Exhibit A is a true and correct copy of a

20   January 8, 2007 letter from Joseph Saveri and Bart Cohen to Brian Wallach.

21        b.     Attached hereto as Exhibit B is a true and correct copy of a

22   January 17, 2007 letter from Brian Wallach to Joseph Saveri and Bart Cohen.

23        c.     Attached hereto as Exhibit C is a true and correct copy of a

24   February 2, 2007 letter from Rachel Jones to Joseph Saveri.

25        d.     Attached hereto as Exhibit D is a true and correct copy of a

26   February 7, 2007 letter from Bart Cohen to Rachel Jones.

27        e.     Attached hereto as Exhibit E is a true and correct copy of a

28   February 9, 2007 letter from Rachel Jones to Bart Cohen.

DECLARATION OF JOSEPH R. SAVERI
IN SUPPORT OF MOTION TO COMPEL
*In Re ATM Fee Antitrust Litigation – Master File C04-2676 CRB*

f.      Attached hereto as Exhibit F is a true and correct copy of a February 12, 2007 letter from Bart Cohen to Rachel Jones.

g.      Attached hereto as Exhibit G is a true and correct copy of a February 12, 2007 letter from Bart Cohen to Brian Wallach.

h.      Attached hereto as Exhibit H is a true and correct copy of a February 13, 2007 letter from Rachel Jones to Bart Cohen.

i.      Attached hereto as Exhibit I is a true and correct copy of a February 14, 2007 letter from Brian Wallach to Bart Cohen.

4.      The parties engaged in three joint in-person conferences, which occurred on February 14, 21, and 26, 2007.  Altogether, these meetings constituted over 10 hours of in-person discussions.  A number of letters memorialize the disputes that arose out of those meetings, as well as the issues that were resolved.

a.      Attached hereto as Exhibit J is a true and correct copy of a February 16, 2007 letter from Joseph Saveri and Bart Cohen to All Defense Counsel.

b.      Attached hereto as Exhibit K is a true and correct copy of a February 23, 2007 letter from Rachel Jones to Joseph Saveri and Bart Cohen.

c.      Attached hereto as Exhibit L is a true and correct copy of a February 28, 2007 letter from Joseph Saveri to Bank Defendants' Counsel.

d.      Attached hereto as Exhibit M is a true and correct copy of a February 28, 2007 letter from Joseph Saveri to Brian Wallach and Brian Howie.

e.      Attached hereto as Exhibit N is a true and correct copy of a March 15, 2007 letter from Joseph Saveri and Bart Cohen to All Defense Counsel.

f.      Attached hereto as Exhibit O is a true and correct copy of a March 29, 2007 letter from Rachel Jones to Joseph Saveri and Bart Cohen.

g.      Attached hereto as Exhibit P is a true and correct copy of an April 5, 2007 letter from Bart Cohen and Joseph Saveri to Counsel for Bank Defendants.

h.      Attached hereto as Exhibit Q is a true and correct copy of an April 6, 2007 letter from Bart Cohen and Joseph Saveri to Counsel for Bank Defendants.

1           5.       After the group meetings, Plaintiffs then separately conducted extensive

2  meet-and-confer sessions via conference call with each of the individual defendants.

3           6.       Plaintiffs conferred with Defendants Concord EFS, Inc. and First Data

4  Corporation on March 16, 28, and 30, 2007, and April 4, 2007.  Several letters memorialize the

5  disputes that arose out of those meetings, as well as the issues that were resolved.

6                 a.       Attached hereto as Exhibit R is a true and correct copy of a

7  March 29, 2007 letter from Brian Howie to Joseph Saveri and Bart Cohen.

8                 b.       Attached hereto as Exhibit S is a true and correct copy of an

9  April 5, 2007 letter from Joseph Saveri to Brian Wallach and Brian Howie.

10                c.       Attached hereto as Exhibit T is a true and correct copy of an

11  April 6, 2007 letter from Brian Wallach to Joseph Saveri.

12                d.       Attached hereto as Exhibit U is a true and correct copy of an

13  April 6, 2007 letter from Brian Wallach to Joseph Saveri.

14                e.       Attached hereto as Exhibit V is a true and correct copy of April 6,

15  2007 e-mail from Christina Fahmy to Bart Cohen, Michael Kane and Joseph Saveri, attaching a

16  true and correct copy of an April 6, 2007 letter from Brian Howie to Joseph Saveri and Michael

17  Kane.  The e-mail was received at 4:44 p.m. PST.

18           7.       Plaintiffs conferred with Defendant Citibank on March 22 and 29, 2007.

19  Several letters memorialize the disputes that arose out of those meetings, as well as the issues

20  resolved.

21                a.       Attached hereto as Exhibit W is a true and correct copy of a

22  February 23, 2007 letter (without attachments) from Eric Lyttle to Joseph Saveri and Bart Cohen.

23                b.       Attached hereto as Exhibit X is a true and correct copy of an

24  April 6, 2007 letter from Bart Cohen and Joseph Saveri to Eric Lyttle.

25                c.       Attached hereto as Exhibit Y is a true and correct copy of an April

26  6, 2007 e-mail from Jeff White to Joseph Saveri, Michael Kane, and Bart Cohen, attaching a true

27  and correct copy of an April 6, 2007 letter from Eric Lyttle to Joseph Saveri and Bart Cohen.  The

28  e-mail was received at 2:02 p.m. PST.

DECLARATION OF JOSEPH R. SAVERI
IN SUPPORT OF MOTION TO COMPEL
*In Re ATM Fee Antitrust Litigation – Master File C04-2676 CRB*

8.      Plaintiffs conferred with Defendant JPMorgan Chase Bank on March 15, 2007 and April 5, 2007.  Two letters memorialize the disputes that arose out of those meetings, as well as the issues that were resolved.

a.      Attached hereto as Exhibit Z is a true and correct copy of a March 7, 2007 letter from Gregory Koltun to Joseph Saveri.

b.      Attached hereto as Exhibit AA is a true and correct copy of an April 6, 2007 letter from Bart Cohen and Joseph Saveri to Gregory Koltun.

9.      Plaintiffs conferred with Defendant Bank of America Corporation on March 19, 2007 and April 3, 2007.  Several letters memorialize the disputes that arose out of those meetings, as well as the issues that were resolved.

a.      Attached hereto as Exhibit BB is a true and correct copy of an April 2, 2007 letter from Tara Steeley to Bart Cohen.

b.      Attached hereto as Exhibit CC is a true and correct copy of an April 4, 2007 letter from Tara Steeley to Bart Cohen and Michael Kane.

c.      Attached hereto as Exhibit DD is a true and correct copy of an April 5, 2007 letter from Tara Steeley to Bart Cohen and Michael Kane.

d.      Attached hereto as Exhibit EE is a true and correct copy of an April 5, 2007 letter from Michael Kane and Joseph Saveri to Tara Steeley.

e.      Attached hereto as Exhibit FF is a true and correct copy of an April 6, 2007 e-mail from Tara Steeley to Bart Cohen, Michael Kane, and Joseph Saveri, attaching a true and correct copy of an April 6, 2007 letter from Tara Steeley to Joseph Saveri and Michael Kane.  The e-mail was received at 4:03 p.m. PST.

f.      Attached hereto as Exhibit GG is a true and correct copy of an April 13, 2007 letter from Michael Kane to Tara Steeley.

g.      Attached hereto as Exhibit HH is a true and correct copy of an April 13, 2007 letter from Tara Steeley to Michael Kane.

DECLARATION OF JOSEPH R. SAVERI
IN SUPPORT OF MOTION TO COMPEL
*In Re ATM Fee Antitrust Litigation – Master File C04-2676 CRB*

10. Plaintiffs conferred with Defendant Wachovia on March 20 and 27, 2007 and April 3, 2007. Two letters memorialize the disputes that arose out of those meetings, as well as the issues that were resolved.

a. Attached hereto as Exhibit II is a true and correct copy of a March 12, 2007 letter from Joseph Saveri to Kirsten Daru.

b. Attached hereto as Exhibit JJ is a true and correct copy of an April 6, 2007 letter from Bart Cohen and Joseph Saveri to Kirsten Daru.

11. Plaintiffs conferred with Defendant SunTrust on April 4 and 5, 2007. Several letters and e-mails memorialize the disputes that arose out of those meetings, as well as the issues that were resolved.

a. Attached hereto as Exhibit KK is a true and correct copy of a February 21, 2007 letter from Joseph Saveri to Rachel Jones.

b. Attached hereto as Exhibit LL is a true and correct copy of a March 12, 2007 letter from Joseph Saveri to Rachel Jones.

c. Attached hereto as Exhibit MM is a true and correct copy of an April 4, 2007 e-mail (without attachments) from Rachel Jones to Michael Kane.

d. Attached hereto as Exhibit NN is a true and correct copy of an April 4, 2007 letter from Rachel Jones to Michael Kane.

e. Attached hereto as Exhibit OO is a true and correct copy of an April 4, 2007 letter from Rachel Jones to Michael Kane.

f. Attached hereto as Exhibit PP is a true and correct copy of an April 5, 2007 e-mail from Rachel Jones to Michael Kane, Joseph Saveri, Bart Cohen, Laura Gleason, and Hector Geribon, attaching a true and correct copy of an April 5, 2007 letter from Rachel Jones to Michael Kane and Joseph Saveri.

g. Attached hereto as Exhibit QQ is a true and correct copy of an April 6, 2007 e-mail from Rachel Jones to Michael Kane, Joseph Saveri, Hector Geribon, Laura Gleason, and Bart Cohen, attaching a true and correct copy of an April 6, 2007 letter from Rachel Jones to Michael Kane and Joseph Saveri. The e-mail was received at 9:24 p.m. PST.

12. Plaintiffs conferred with Defendant Wells Fargo on March 19, 2007, and April 2 and 5, 2007. Several letters memorialize the disputes that arose out of those meetings, as well as the issues that were resolved.

a. Attached hereto as Exhibit RR is a true and correct copy of a March 12, 2007 letter from Joseph Saveri to Joshua Holian.

b. Attached hereto as Exhibit SS is a true and correct copy of an April 6, 2007 letter from Bart Cohen and Joseph Saveri to Joshua Holian.

c. Attached hereto as Exhibit TT is a true and correct copy of an April 6, 2007 e-mail from Joshua Holian to Bart Cohen, Michael Kane, and Joseph Saveri, attaching a true and correct copy of an April 6, 2007 letter from Joshua Holian to Michael Kane, Bart Cohen, and Joseph Saveri. The e-mail was received at 4:04 p.m. PST.

13. A distinct discovery-related dispute between the parties relates to whether the defendants have an obligation—as Plaintiffs maintain that they do—to produce native-format versions of documents recently collected for production.

a. Attached hereto as Exhibit UU is a true and correct copy of a February 2, 2007 letter from Joseph Saveri to Brian Wallach.

b. Attached hereto as Exhibit VV is a true and correct copy of a February 2, 2007 letter from Joseph Saver to Bank Defendants' Counsel.

c. Attached hereto as Exhibit WW is a true and correct copy of a February 6, 2007 letter from Eric Lyttle to Joseph Saveri.

d. Attached hereto as Exhibit XX is a true and correct copy of a February 14, 2007 letter from Michael Kane to Eric Lyttle.

e. Exhibit J, supra —a comprehensive meet-and-confer letter— communicated Plaintiffs' responsive position on the issue.

f. Attached hereto as Exhibit YY is a true and correct copy of a February 19, 2007 letter from Eric Lyttle to Michael Kane.

14.     Attached hereto as Exhibit ZZ is a true and correct copy of the following page from First Data Corporation's Star Network Website: "What the STAR® Network Means to You" (2007), *available at* http://www.star.com/what_the_star_network_means_to_you.aspx.

15.     Attached hereto as Exhibit AAA is a true and correct copy of United States Supreme Court, Order adopting Amendments to the Federal Rules of Civil Procedure dated April 12, 2006, http://www.supremecourtus.gov/orders/courtorders/frcv06p.pdf.

16.     Attached hereto as Exhibit BBB is a true and correct copy of excerpted pages from 2 Donald I. Baker, Roland E. Brandel, and James H. Pannabecker, THE LAW OF ELECTRONIC FUND TRANSFER SYSTEMS, "Retail Banking Competition, Card Products and Systems" Ch. 24 (2006).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 17th day of April, 2007 at San Francisco, California.


                                             /s/ Joseph R. Saveri
                                             Joseph R. Saveri