Joseph R. Saveri (SBN 130064)
Daniel E. Barenbaum (SBN 209261)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Merrill G. Davidoff (Admitted *Pro Hac Vice*)
Bart D. Cohen (Admitted *Pro Hac Vice*)
Michael J. Kane (Admitted *Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ATM FEE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C04-2676 CRB<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF MOTION TO COMPEL APPENDING RELEVANT DISCOVERY REQUESTS AND RESPONSES**<br><br>Date:   May 17, 2007<br>Time:   2:00 p.m.<br>Courtroom:   8<br>The Honorable Charles R. Breyer |
|---|---|

614466.1

DECLARATION OF JOSEPH R. SAVERI
APPENDING RELEVANT DISCOVERY
*In re ATM Fee Antitrust Litigation – Master File C04-2676 CRB*

I, Joseph R. Saveri, declare as follows:

1.  I am a partner at the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP ("LCHB"), and a member in good standing of the State Bar of California and the State Bar of New York. I submit this declaration in support of Plaintiffs' Motion To Compel All Defendants To Provide Documents Relevant To Plaintiffs' Fourth Set Of Requests For Production Of Documents. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2.  Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Fourth Set of Requests for Production of Documents to Concord EFS, Inc. and First Data Corporation, which was served on January 8, 2007.

3.  Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' Fourth Set of Requests for Production of Documents to Bank Defendants, which was served on January 8, 2007.

4.  Attached hereto as Exhibit C is a true and correct copy of Defendant First Data Corporation and Concord EFS, Inc.'s Responses and Objections to Plaintiffs' Fourth Set of Requests for Production of Documents, which were served on February 13, 2007.

5.  Attached hereto as Exhibit D is a true and correct copy of Defendant Bank of America Corporation's Responses to Plaintiffs' Fourth Set of Document Requests, which were served on February 13, 2007.

6.  Attached hereto as Exhibit E is a true and correct copy of Defendant Citibank N.A.'s Responses and Objections to Plaintiffs' Fourth Set of Document Request Propounded to Bank Defendants, which were served on February 13, 2007.

7.  Attached hereto as Exhibit F is a true and correct copy of Defendant JPMorgan Chase Bank, N.A.'s Responses to Plaintiffs' Fourth Set of Requests for Production of Documents, which were served on February 13, 2007.

8.  Attached hereto as Exhibit G is a true and correct copy of Defendant Sun Trust Banks, Inc.'s Responses and Objections to Plaintiffs' Fourth Set of Requests for Production of Documents to Bank Defendants, which were served on February 13, 2007.

1   9. Attached hereto as Exhibit H is a true and correct copy of Defendants Wachovia Corporation's and Wachovia Bank, N.A.'s Responses to Plaintiffs' Fourth Set of Requests for Production, which were served on February 13, 2007.

4   10. Attached hereto as Exhibit I is a true and correct copy of Defendants Wells Fargo & Co., Wells Fargo Bank, N.A., and Servus Financial Corporation [sic] Responses to Plaintiffs' Fourth Set of Document Requests propounded to Bank Defendants, which were served on February 13, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 17th day of April, 2007 at San Francisco, California.

/s/ Joseph R. Saveri
Joseph R. Saveri