IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ATM FEE ANTITRUST LITIGATION, _____/ This Document Relates To: ALL ACTIONS _____/ | No. C 04-02676 CRB **ORDER RE: MOTION FOR ENTRY OF MASTER LITIGATION SCHEDULE** |

     Now pending before the Court is Plaintiffs' motion for entry of a master litigation schedule. The Court adheres to the view that discovery currently should be limited to what is "necessary to elucidate the plausible procompetitive justifications that might be advanced in support of the fixed interchange fee." Memorandum and Order, Docket No. 360, at 1. Further, as it has previously indicated, the Court intends to retain jurisdiction over disputes relating to the scope of discovery. Plaintiffs' motion is DENIED.

     **IT IS SO ORDERED.**

Dated: July 10, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\2676\order re litigation schedule.wpd