Peter E. Moll (*Pro Hac Vice*)
Brian Wallach (*Pro Hac Vice*)
HOWREY LLP
1299 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
E-Mail: Mollp@howrey.com
         Wallachb@howrey.com

Stephen R. Cook (SBN 204446)
HOWREY LLP
2020 Main Street
Suite 1000
Irvine, CA 92614-8200
Telephone: (949) 759-3981
Facsimile: (949) 721-6910
E-Mail: CookS@howrey.com

Attorneys for Defendant
CONCORD EFS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ATM Fee Antitrust Litigation <br><br> This Document Relates To: <br><br> All Actions | Master File No. C 04-2676 CRB <br><br> **CLASS ACTION** <br><br> **NOTICE OF MOTION AND MOTION IN SUPPORT OF CONCORD EFS, INC.'S AND FIRST DATA CORPORATION'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS'** *PER SE* **CLAIM** <br><br> Hearing Date: October 5, 2007 <br> Time: 10:00 a.m. <br> Courtroom: 8 <br> The Honorable Charles R. Breyer |

Case No. C 04-2676 CRB (JL)

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 5, 2007 at 10:00 a.m., or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Charles R. Breyer of the above-referenced Court located at 450 Golden Gate Avenue, San Francisco, California, defendant Concord EFS, Inc. ("Concord") will, and hereby does, move for summary judgment pursuant to Rule 56(c) of the Federal Rules of Civil Procedure.

As grounds for its motion, Concord asserts that there are plausible procompetitive justifications for the setting of a system-wide interchange fee in the Star ATM network. Where such justifications exist, *per se* treatment of a practice is inappropriate as a matter of law. Accordingly, Concord seeks an order granting summary judgment and dismissing plaintiffs' *per se* claim.

Concord's motion for summary judgment is based on this Notice, the accompanying Memorandum of Points and Authorities, supporting declarations, all pleadings, records, and papers on file in this action, all matters of which judicial notice may or have been taken, and such further evidence and argument as may be presented to the Court at the hearing of this motion.

| | |
|---|---|
| 1  Dated: August 3, 2007 | Respectfully submitted, |
| 2 | /s/ Peter E. Moll |
| 3 | Peter E. Moll (*Pro Hac Vice*) |
|   | Brian D. Wallach (*Pro Hac Vice*) |
| 4 | HOWREY LLP |
|   | 1299 Pennsylvania Avenue, NW |
| 5 | Washington, D.C. 20004 |
|   | Telephone: (202) 783-0800 |
| 6 | Facsimile: (202) 383-6610 |
| 7 | Stephen R. Cook (SBN 204446) |
|   | HOWREY LLP |
| 8 | 2020 Main Street |
|   | Suite 1000 |
| 9 | Irvine, CA 92614 |
|   | Telephone : (949) 759-3981 |
| 10 | Facsimile : (949) 721-6910 |
| 11 | Attorneys for Defendants CONCORD EFS, INC. AND FIRST DATA |

3

Case No. C 04-2676 CRB (JL)