Peter E. Moll (*Pro Hac Vice*)
Brian Wallach (*Pro Hac Vice*)
HOWREY LLP
1299 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile:  (202) 383-6610
E-Mail: Mollp@howrey.com
            Wallachb@howrey.com

Stephen R. Cook (SBN 204446)
HOWREY LLP
2020 Main Street
Suite 1000
Irvine, CA 92614-8200
Telephone: (949) 759-3981
Facsimile:  (949) 721-6910
E-Mail: CookS@howrey.com

Attorneys for Defendant CONCORD EFS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ATM Fee Antitrust Litigation | CASE NO. C 04-02676-CRB<br>E-Filing |
| This Document Relates To:<br><br>All Actions | **DECLARATION OF BRIAN D. WALLACH IN SUPPORT CONCORD EFS, INC.'S AND FIRST DATA CORPORATION'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS'** ***PER SE*** **CLAIM**<br><br>**Hearing Date: October 5, 2007**<br>**Time:           10:00 AM**<br>**Courtroom:    8**<br>**The Honorable Charles R. Breyer** |

I, BRIAN D. WALLACH, declare and state as follows:

1. I am an attorney duly admitted *pro hac vice* to practice before this Court in the above-captioned matter. I am a partner in the law firm of Howrey LLP, which is counsel for defendants Concord EFS, Inc. and First Data Corporation (collectively, "Concord") in this litigation. I submit this

declaration in support of Concord's Motion for Summary Judgment on Plaintiffs' *Per Se* Claim.  I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness, I could and would testify competently to them.

2. A true and correct copy of the Star System Prospectus is attached hereto as Exhibit A.

3. A true and correct copy of the 1985 Pulse ATM Costing Study is attached hereto as Exhibit B.

4. A true and correct copy of the 1990 ATM Issuer Comparative Cost Analysis: Star System Versus Cirrus and Plus is attached hereto as Exhibit C.

5. A true and correct copy of the 2006 ATM Deployer Study is attached hereto as Exhibit D.

6. A true and correct copy of the April 10, 2001 Pricing Committee Presentation is attached hereto as Exhibit E.

7. A true and correct copy of the May 3, 2001 Pricing Committee Minutes is attached hereto as Exhibit F.

8. A true and correct copy of the July 2001 Advisory Board Minutes is attached hereto as Exhibit G.

9. A true and correct copy of Defendants' Preliminary Identification of Procompetitive Justifications for the Setting of a Default System-Wide Interchange Fee is attached hereto as Exhibit H.

10. A true and correct copy of selected excerpts from Star's 2004 Operating Rules, a complete copy of which has been previously produced to plaintiffs, is attached hereto as Exhibit I.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd day of August, 2007, in Washington, D.C.

/s/ Brian D. Wallach
Brian D. Wallach