UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ATM FEE ANTITRUST LITIGATION | Case No. C 04 2676 CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON PLAINTIFFS' PER SE CLAIM**<br><br>Date: October 5, 2007<br>Time: 10:00 AM<br>Courtroom: 8<br>The Honorable Charles R. Breyer |
| Relates to All Actions | |

**STIPULATION AND ~~[PROPOSED]~~ ORDER**

WHEREAS, the parties have agreed to the following schedule for Defendants' Motions for Summary Judgment on Plaintiffs' Per Se Claim:

September 14, 2007: Deadline for plaintiffs to identify in writing that additional discovery of which they are reasonably aware, other than the depositions of Defendants' summary judgment declarants, that Plaintiffs believe is necessary for them to file substantive responses to the motions.

November 16, 2007: Deadline for Defendants to produce their summary judgment declarants who are employees of defendants or retained experts for deposition.

December 14, 2007: Deadline for Plaintiffs to file substantive responses to the outstanding summary judgment motions. In addition to filing substantive responses, Plaintiffs reserve the right to file Rule 56(f) papers.

January 25, 2008: Deadline for Plaintiffs to produce their experts for deposition.

February 8, 2008: Deadline for Defendants to file their reply in support of their motions for summary judgment.

IT IS SO STIPULATED.

Dated: September 12, 2007

The new hearing date on Defendants' Motion for Summary Judgment on Plaintiffs' Per Se Claim shall be Friday, Feb. 29, 2008 at 2:30 p.m.

[signature]

JOSEPH R. SAVERI
HECTOR D. GERIBON
DANIEL E. BARENBAUM
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Bart Cohen / by permission [signature]

MERRILL G. DAVIDOFF
BART D. COHEN
MICHAEL KANE
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

Attorneys for Plaintiffs

with permission of
PETER E. MOLL
BRIAN D. WALLACH
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

SIMON R. COOK
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, CA 92614
Telephone: (949) 759-3981
Facsimilae: (949) 721-6910

Attorneys for Defendants
CONCORD EFS, INC
and FIRST DATA

with permission of
SONYA D. WINNER
JAMES R. ATWOOD
TARA M. STEELEY
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Attorneys for Defendant
BANK OF AMERICA CORPORATION

with permission of
ROBERT S. STERN
W. STEPHEN SMITH
GREGORY B. KOLTUN
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
Successor-in-interest to BANK ONE, N.A.

[signature] with permission of
JAMES C. EGAN, JR.
CARRIE M. ANDERSON
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Attorneys for Defendant
CITIBANK, N.A.,
Successor-in-interest to CITIBANK (WEST), FSB

[signature] with permission of
STEPHEN V. BOMSE
RACHEL M. JONES
ADAM J. GROMFIN
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
SUNTRUST BANKS, INC.

[signature] with permission of
JACK R. NELSON
KIRSTEN J. DARU
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendants
WACHOVIA CORPORATION
and WACHOVIA BANK, N.A.

DANIEL M. WALL
JOSHUA N. HOLIAN
BRETT D. COLLINS
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

DONALD I. BAKER
BAKER & MILLER
2401 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849

Attorneys for Defendants
WELLS FARGO & CO.,
WELLS FARGO BANK N.A.
and SERVUS FINANCIAL CORP.

IT IS SO ORDERED.

Dated: 09/21, 2007

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Judge Charles R. Breyer

Charles R. Breyer
United States District Judge