Joseph R. Saveri (SBN 130064)
Daniel E. Barenbaum (SBN 209261)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Merrill G. Davidoff (Admitted *Pro Hac Vice*)
Bart D. Cohen (Admitted *Pro Hac Vice*)
Michael J. Kane (Admitted *Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ATM FEE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C04-2676 CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON PLAINTIFFS' PER SE CLAIM**<br><br>Date: February 29, 2008<br>Time: 2:30 PM<br>Courtroom: 8<br>The Honorable Charles R. Breyer |

|   |   |
|---|---|
| 1 | **STIPULATION AND [PROPOSED] ORDER** |
| 2 | WHEREAS, Plaintiffs' Counsel and Defendants' Counsel are not available to |
| 3 | attend a hearing on Defendants' Motions for Summary Judgment on Plaintiffs' Per Se Claim on |
| 4 | the currently scheduled date of February 29, 2008 at 2:30 p.m.; and |
| 5 | Whereas, Plaintiffs' counsel and Defendants' Counsel have agreed to hold that |
| 6 | hearing on March 7, 2008 at 10:00 a.m. |

IT IS SO STIPULATED.

Date:   October 23, 2007

_____
MERRILL G. DAVIDOFF
BART D. COHEN
MICHAEL KANE
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

JOSEPH R. SAVERI
HECTOR D. GERIBON
DANIEL E. BARENBAUM
LEIF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Attorneys for Plaintiffs


_____
PETER E. MOLL
BRIAN D. WALLACH
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

| | |
|---|---|
| 1 | SIMON R. COOK |
| 2 | HOWREY LLP |
|   | 2020 Main Street, Suite 1000 |
| 3 | Irvine, CA 92614 |
|   | Telephone: (949) 759-3981 |
| 4 | Facsimile: (949) 721-6910 |
| 5 | |
|   | Attorneys for Defendants |
| 6 | CONCORD EFS, INC |
|   | and FIRST DATA |
| 7 | |
| 8 | |
|   | SONYA D. WINNER |
| 9 | JAMES R. ATWOOD |
|   | TARA M. STEELEY |
| 10 | COVINGTON & BURLING LLP |
|   | One Front Street, 35th Floor |
| 11 | San Francisco, CA 94111 |
|   | Telephone: (415) 591-6000 |
| 12 | Facsimile: (415) 591-6091 |
| 13 | |
|   | Attorneys for Defendant |
| 14 | BANK OF AMERICA CORPORATION |
| 15 | |
| 16 | |
|   | ROBERT S. STERN |
| 17 | W. STEPHEN SMITH |
|   | GREGORY B. KOLTUN |
| 18 | MORRISON & FOERSTER LLP |
|   | 555 West Fifth Street, Suite 3500 |
| 19 | Los Angeles, CA 90013-1024 |
|   | Telephone: (213) 892-5200 |
| 20 | Facsimile: (213) 892-5454 |
| 21 | |
|   | Attorneys for Defendant |
| 22 | JPMORGAN CHASE BANK, N.A., |
|   | Successor-in-interest to BANK ONE, N.A. |
| 23 | |
| 24 | |
|   | JAMES C. EGAN, JR. |
| 25 | CARRIE M. ANDERSON |
|   | WEIL, GOTSHAL & MANGES LLP |
| 26 | 1300 Eye Street, N.W., Suite 900 |
|   | Washington, D.C. 20005 |
| 27 | Telephone: (202) 682-7000 |
| 28 | Facsimile: (202) 857-0940 |

| | |
|---|---|
| 1 | Attorneys for Defendant |
| 2 | CITIBANK, N.A., Successor-in-interest to CITIBANK |
| 3 | (WEST), FSB |
| 4 | |
| 5 | STEPHEN V. BOMSE |
| 6 | RACHEL M. JONES ADAM J. GROMFIN |
| 7 | HELLER EHRMAN LLP 333 Bush Street |
| 8 | San Francisco, CA 94104 Telephone: (415) 772-6000 |
| 9 | Facsimile: (415) 772-6268 |
| 10 | Attorneys for Defendant |
| 11 | SUNTRUST BANKS, INC. |
| 12 | |
| 13 | |
| 14 | JACK R. NELSON KIRSTEN J. DARU |
| 15 | REED SMITH LLP Two Embarcadero Center, Suite 2000 |
| 16 | San Francisco, CA 94111 Telephone: (415) 543-8700 |
| 17 | Facsimile: (415) 391-8269 |
| 18 | Attorneys for Defendants |
| 19 | WACHOVIA CORPORATION and WACHOVIA BANK, N.A. |
| 20 | |
| 21 | |
| 22 | |
| 23 | DANIEL M. WALL JOSHUA N. HOLIAN |
| 24 | BRETT D. COLLINS LATHAM & WATKINS LLP |
| 25 | 505 Montgomery Street, Suite 2000 San Francisco, CA 94111 |
| 26 | Telephone: (415) 391-0600 Facsimile: (415) 395-8095 |
| 27 | |
| 28 | |

DONALD I. BAKER
BAKER & MILLER
2401 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849

Attorneys for Defendants
WELLS FARGO & CO.,
WELLS FARGO BANK N.A.
and SERVUS FINANCIAL CORP.

IT IS SO ORDERED.

Dated: October 26, 2007

_____
Charles R. Breyer
United States

IT IS SO ORDERED
Judge Charles R. Breyer

- 5 -