UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re ATM FEE ANTITRUST LITIGATION | Case No. C 04 2676 CRB |
|---|---|
| | **CLASS ACTION** |
| | STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF BRIEFING SCHEDULE AND PAGE LIMITS FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON PLAINTIFFS' PER SE CLAIM |
| Relates to All Actions | |

**STIPULATION AND ORDER**

The parties respectfully request that the following order be entered to modify the briefing schedule and page limitations with regard to Defendants' outstanding Motions for Summary Judgment on Plaintiffs' Per Se Claims in this litigation.

WHEREAS the Bank Defendants were granted leave to file a brief of thirty-five (35) pages in length, which combined with Concord EFS Inc.'s twenty-five (25) page limit permits a total of sixty (60) pages of briefing in support of Defendants' Motions for Summary Judgment;

WHEREAS, Plaintiffs wish to file one substantive response of up to sixty (60) pages in length in response to these two outstanding Motions for Summary Judgment on Plaintiffs' Per Se Claims;

WHEREAS, the previous briefing schedule for Defendants' Motions for Summary Judgment on Plaintiffs' Per Se Claims pursuant to Stipulation and Order of the Court, signed on September 21, 2007 set the following deadlines:

December 14, 2007: Deadline for Plaintiffs to file substantive responses to the outstanding summary judgment motions.

January 25, 2008: Deadline for Plaintiffs to produce their experts for deposition.

February 8, 2008: Deadline for Defendants to file their reply in support of their motions for summary judgment; and

February 29, 2008: Hearing date for Defendants' Motions for Summary Judgment on Plaintiffs' Per Se Claims.

WHEREAS, the previous hearing date of February 29, 2008 was moved to March 7, 2007 at 10:00 a.m. pursuant to Stipulation and Order of the Court, signed on October 26, 2007;

The parties by their undersigned counsel have agreed to the following new deadlines:

<u>December 21, 2007</u>: Deadline for Plaintiffs to file substantive responses to the outstanding summary judgment motions.

<u>February 8, 2008</u>: Deadline for Plaintiffs to produce their experts for deposition.

<u>February 22, 2008</u>: Deadline for Defendants to file their reply in support of their motions for summary judgment.

The parties respectfully request that the March 7, 2007 hearing date for Defendants' Motions for Summary Judgment on Plaintiffs' Per Se Claims remain the same.

The parties by their undersigned counsel have further agreed that Plaintiffs' brief in support of their Opposition to Defendants' outstanding motions for summary judgment may be up to sixty (60) pages in length.

IT IS SO STIPULATED.

Dated: December 11, 2007            Respectfully Submitted,

                                    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                                    By:   /s/ Joseph R. Saveri
                                              Joseph R. Saveri

                                    Joseph R. Saveri (SBN 130064)
                                    Hector D. Geribon (SBN 200410)
                                    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                    275 Battery Street, 30th Floor
                                    San Francisco, CA 94111-3339
                                    (415) 956-1000

                                    Merrill G. Davidoff (Admitted *Pro Hac Vice*)
                                    Bart D. Cohen (Admitted *Pro Hac Vice*)
                                    Michael J. Kane (Admitted *Pro Hac Vice*)
                                    BERGER & MONTAGUE, P.C.
                                    1622 Locust Street
                                    Philadelphia, PA 19103
                                    (215) 875-3000

                                    *Co-Lead Counsel for Plaintiffs*

MORRISON & FOERSTER LLP

By: /s/ Sylvia Rivera By jr.
    Sylvia Rivera

Robert S. Stern
W. Stephen Smith
Gregory B. Kolton
Sylvia Rivera
555 West 5th Street, 35th Fl.
Los Angeles, CA 90013-1024
Telephone: (213) 892-5200
fax: (213) 892-5454

*Attorneys for Defendant JPMorgan Chase Bank, N.A., Successor-in-Interest to Bank One, N.A.*

HELLER EHRMAN LLP

By: /s/ Rachel Jones By jr.
    Rachel M. Jones

Stephen V. Bomse
Rachel M. Jones
Adam J. Gromfin
333 Bush Street
San Francisco, CA 94104
phone: (415) 772-6000
fax: (415) 772-6268

*Attorneys for Defendant SunTrust Banks, Inc.*

HOWREY LLP

By: /s/ Brian Wallach By jr.
    Brian D. Wallach

Peter E. Moll
Brian D. Wallach
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
phone: (202) 783-0800
fax: (202) 383-6610

*Attorneys for Defendants Concord EFS, Inc. and First Data Corp.*

LATHAM & WATKINS LLP

By: /s/ Joshua N. Holian
Joshua N. Holian

Daniel M. Wall
Joshua N. Holian
Brett D. Collins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
phone: (415)395-8101
fax: (415) 395-8095


BAKER & MILLER
Donald I. Baker
2401 Pennsylvania Avenue, N.W., Suite 300
Washington, DC 20037
phone: (202) 663-7820
fax: (202) 663-7849

*Attorneys for Defendants Wells Fargo & Co., Wells Fargo Bank N.A. and Servus Financial Corp.*


COVINGTON & BURLING LLP

By: /s/ Tara M. Steeley
Tara M. Steeley

Sonya D. Winner
James R. Atwood
Tara M. Steeley
One Front Street, 35th Fl.
San Francisco, CA 94111
phone: (415) 591-6000
fax: (415) 591-6091

*Attorneys for Defendant Bank of America Corporation*

740897.2

4

Case Number: C 04-2676 CRB
Stipulation and Order Re Briefing Schedule
and Page Limits

WEIL, GOTSHAL & MANGES LLP

By: /s/ Carrie Anderson
  Carrie M. Anderson

James C. Egan, Jr.
Carrie M. Anderson
1300 Eye Street, N.W.
Suite 900
Washington, D.C. 20005
phone: (202) 682-7000
fax: (202) 857-0940

*Attorneys for Defendant Citibank, N.A., Successor-by-Merger to Citibank (West), FSB*

REED SMITH LLP

By: /s/ Kirsten Daru
  Kirsten J. Daru

Jack R. Nelson
Kirsten J. Daru
1999 Harrison Street
Suite 2400
Oakland, CA 94612-3572
phone: (510) 763-2000
fax: (510) 273-8832

*Attorney for Defendants Wachovia Corporation and Wachovia Bank, N.A.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 14, 2007

_____
Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

740897.2

Case Number C 04-2676 CRB
Stipulation and Order Re Briefing Schedule and Page Limits

5