1 | Joseph R. Saveri (SBN 130064)
Hector Geribon (SBN 200410)
2 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
3 | San Francisco, CA 94111-3339
Telephone: (415) 956-1000
4
Merrill G. Davidoff (Admitted *Pro Hac Vice*)
5 | Bart D. Cohen (Admitted *Pro Hac Vice*)
Michael J. Kane (Admitted *Pro Hac Vice*)
6 | BERGER & MONTAGUE, P.C.
1622 Locust Street
7 | Philadelphia, PA 19103
Telephone: (215) 875-3000
8
*Co-Lead Counsel for Plaintiffs*
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ATM FEE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C04-2676 CRB<br><br>**CLASS ACTION**<br><br>**DECLARATION OF GUSTAVO E. BAMBERGER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' PER SE CLAIM**<br><br>Date: March 7, 2008<br>Time: 10:00 a.m.<br>Courtroom: 8<br>The Honorable Charles R. Breyer |
|---|---|

**MANUAL FILING NOTIFICATION**

REGARDING:  **DECLARATION OF GUSTAVO E. BAMBERGER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' PER SE CLAIM**

This filing is in paper or physical form only, and is being maintained in the case file in the Clark's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

742814.1 | - 1 - | MFN FOR DECLARATION OF GUSTAVO E. BAMBERGER
CASE NO. C04-2676 (CRB)

1   For information on retrieving this filing directly from the court, please see the

2   court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

3   This filing was not efiled for the following reason(s):

4   ____   Voluminous Document (PDF file size larger than efiling system allowances)

5

6   ____   Unable to Scan Documents

7   ____   Physical Object (description): _____

8   ____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

9   __X__   Item Under Seal

10  ____   Conformance with the Judicial Conference Privacy Policy (General Order 53)

11

12  ____   Other (description):_____

13

14  Dated:  December 21, 2007          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

15

16                                     By: _____ */s/ Joseph R. Saveri* _____
                                                Joseph R. Saveri
17

18  Joseph R. Saveri (SBN 130064)
    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 30th Floor
19  San Francisco, CA  94111-3339
    Telephone: (415) 956-1000
20  Facsimile: (415) 956-1008

21  Merrill G. Davidoff (Admitted *Pro Hac Vice*)
    Bart D. Cohen (Admitted *Pro Hac Vice*)
22  BERGER & MONTAGUE, P.C.
    1622 Locust Street
23  Philadelphia, PA 19103
    Telephone: (215) 875-3000
24  Facsimile: (215) 875-4604

25  *Co-Lead Counsel for Plaintiffs*

26

27

28

742814.1          - 2 -          MFN FOR  DECLARATION
                                 OF GUSTAVO E. BAMBERGER
                                 CASE NO. C.-04-2676 (CRB)