Joseph R. Saveri (SBN 130064)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Merrill G. Davidoff (Admitted *Pro Hac Vice*)
Bart D. Cohen (Admitted *Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

Co-Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ATM FEE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C04-2676 CRB<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER AND REQUEST TO BRING EASEL TO HEARING**<br><br>Date: March 7, 2008<br>Time: 10:00 a.m.<br>Courtroom: 8<br>The Honorable Charles R. Breyer |

Plaintiffs hereby request permission to bring an easel to the hearing in this matter scheduled for Friday, March 7, 2008 at 10:00 am in Courtroom 8.

///

///

///

Dated: March 6, 2008                    Respectfully Submitted,

Joseph R. Saveri (SBN 130064)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
(415) 956-1000


By:            */s/ Joseph Saveri*
                    Joseph R. Saveri

Merrill G. Davidoff
Bart D. Cohen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

*Co-Lead Counsel for Plaintiffs*


　　　　Plaintiffs filed a Request to Bring an Easel to Hearing scheduled in this matter on Friday, March 7, 2008 in Courtroom 8 at 10:00 am.

　　　　GOOD CAUSE APPEARING, PLAINTIFFS' request is hereby granted.

Dated:  March  07 , 2008

_____
Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA