**FILED**

MAY 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 15 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAMELA BRENNAN; et al.,<br><br>  Plaintiffs - Petitioners,<br><br>v.<br><br>CONCORD EFS, INC.; et al.,<br><br>  Defendants - Respondents. | No. 08-80069<br><br>D.C. No. 3:04-cv-02676-CRB<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Respondents' application for an extension of time to file a response to the petition for permission to appeal is granted.

Respondents' response to the petition is due May 27, 2008.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Elizabeth Coleman
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

ec/MOATT