IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ATM FEE ANTITRUST LITIGATION,<br><br>          Plaintiff,<br><br>   v.<br><br>IN RE ATM FEE ANTITRUST LITIGATION,<br><br>          Defendant.<br>_____ / | No. C 04-02676 CRB<br><br>**ORDER** |

    The parties are noticed to appear for a case management conference on Friday, October 24, 2008 at 2 p.m. in Courtroom 8.  The parties shall file a joint case management statement by Friday, October 17, 2008, discussing how they wish to proceed pursuant to the Ninth Circuit's order of August 13, 2008, denying permission to appeal.

    **IT IS SO ORDERED.**

Dated: September 18, 2008

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\2676\order cmc.wpd