IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ATM FEE ANTITRUST LITIGATION | No. C 04-02676 CRB<br>**ORDER** |

Plaintiffs have moved this Court to file under seal the Second Amended Complaint ("SAC"). Plaintiffs contend that the SAC incorporates confidential information pursuant to the Court's Stipulated Protective Order. Civil Local Rule 79-5 provides that a request for filing under seal "must be narrowly tailored to seek sealing only of sealable material." In line with both this rule and the Court's respect for transparency in legal proceedings, Plaintiffs are hereby ordered to submit a declaration addressing which specific portions of the SAC contain confidential material and should be kept under seal.

**IT IS SO ORDERED.**

Dated: February 4, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\2676\Order SAC seal.wpd