ROBERT S. STERN (CA SBN 68240)
W. STEPHEN SMITH (*admitted pro hac vice*)
GREGORY B. KOLTUN (CA SBN 130454)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California  90013-1024
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454
RStern@mofo.com

Attorneys for Defendants
JPMORGAN CHASE & CO., CHASE BANK USA, N.A.,
JPMORGAN CHASE BANK, N.A., and BANK ONE, N.A.
*(additional counsel and parties listed on signature page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ATM FEE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No.  C 04-2676 CRB<br><br>[CLASS ACTION]<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING OF MOTIONS TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Hon. Charles R. Breyer |

1    WHEREAS, Plaintiffs filed their Second Amended Complaint for Damages and Equitable Relief on February 2, 2009 (the "SAC");

2    WHEREAS, Defendants have informed Plaintiffs of their intention to move to dismiss the SAC; and

3    WHEREAS, the parties have met and conferred and agreed, subject to approval of the Court, on a briefing and hearing schedule for Defendants' motions to dismiss the SAC that will allow the parties adequate time to prepare their respective papers in support of and in opposition to the motions;

4    NOW, THEREFORE, THE PARTIES STIPULATE that, subject to the Court's approval, the following briefing and hearing schedule shall apply to Defendants' motions to dismiss the SAC, and to any other motions one or more Defendants might make in response to the SAC:

Defendants' Opening Papers due April 6, 2009

Plaintiffs' Opposition Papers due June 5, 2009

Defendants' Reply Papers due July 10, 2009

Hearing on motions to dismiss August 28, 2009 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: February 18, 2009                    /s/ Robert S. Stern
                                            ROBERT S. STERN
                                            GREGORY B. KOLTUN
                                            SYLVIA RIVERA
                                            Morrison & Foerster LLP
                                            555 West Fifth Street, Suite 3500
                                            Los Angeles, California  90013-1024
                                            Telephone:  (213) 892-5200
                                            Facsimile:  (213) 892-5454

                                            W. STEPHEN SMITH
                                            MORRISON & FOERSTER LLP
                                            2000 Pennsylvania Avenue, NW, Suite 5500
                                            Washington, D.C. 20006-1888
                                            Telephone: (202) 887-1500
                                            Facsimile: (202) 887-0763

                                            Attorneys for Defendants JPMORGAN CHASE & CO., CHASE BANK USA, N.A., JPMORGAN CHASE BANK, N.A., and BANK ONE, N.A.

Stipulation and [Proposed] Order Re: Briefing and Hearing of
Mtns to Dismiss Second Amended Compl. - Case No. C 04-2676 CRB
la-1016126

1

| | | |
|---|---|---|
| Dated: February 18, 2009 | | /s/ Sonya D. Winner |

SONYA D. WINNER
ERIN C. SMITH
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Attorneys for Defendants BANK OF AMERICA CORPORATION and BANK OF AMERICA, N.A.

Dated: February 18, 2009         /s/ Stephen V. Bomse

STEPHEN V. BOMSE
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile:  (415) 773-5759

Attorneys for Defendant SUNTRUST BANKS, INC.

Dated:  February 18, 2009         /s/ David F. Graham

DAVID F. GRAHAM
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Attorneys for Defendants CITIGROUP, INC., CITIBANK, N.A., and CITIBANK (WEST), FSB

Dated: February 18, 2009         /s/ Jack R. Nelson

JACK R. NELSON
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Defendant WACHOVIA CORPORATION

Stipulation and [Proposed] Order Re: Briefing and Hearing of
Mtns to Dismiss Second Amended Compl. - Case No. C 04-2676 CRB
la-1016126

2

| | | |
|---|---|---|
| 1 | Dated: February 18, 2009 | /s/ Joshua N. Holian |

DANIEL M. WALL
JOSHUA N. HOLIAN
ERICA T. GROSSMAN
LATHAM & WATKINS
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

DONALD I. BAKER
BAKER & MILLER
2401 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849

Attorneys for Defendants WELLS FARGO & CO., WELLS FARGO BANK, N.A. and SERVUS FINANCIAL CORP.

Dated: February 18, 2009            /s/ Peter E. Moll

PETER E. MOLL (admitted *pro hac vice*)
BRIAN D. WALLACH (admitted *pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

STEPHEN R. COOK
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, CA 92614
Telephone: (949) 759-3981
Facsimile: (949) 721-6910

Attorneys for Defendants CONCORD EFS, INC. and FIRST DATA CORP.

---

Stipulation and [Proposed] Order Re: Briefing and Hearing of
Mtns to Dismiss Second Amended Compl. - Case No. C 04-2676 CRB
la-1016126

3

Dated:  February 18, 2009              /s/ Bart D. Cohen
MERRILL G. DAVIDOFF (admitted *pro hac vice*)
BART D. COHEN  (admitted *pro hac vice*)
MICHAEL J. KANE  (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:  (215) 875-3000

JOSEPH R. SAVERI
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 956-1000

Co-Lead Counsel for Plaintiffs

## GENERAL ORDER 45 ATTESTATION

I, Sylvia Rivera, am the ECF User whose ID and password are being used to file the attached STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING OF MOTIONS TO DISMISS SECOND AMENDED COMPLAINT.  In compliance with General Order 45, X.B., I attest that the above-listed signatories have concurred in this filing.

                        /s/  Sylvia Rivera
                        Sylvia Rivera

Stipulation and [Proposed] Order Re: Briefing and Hearing of
Mtns to Dismiss Second Amended Compl. - Case No. C 04-2676 CRB
la-1016126

4

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The parties having stipulated, and good cause appearing, it is hereby ORDERED that |
| 3 | Defendants' motions to dismiss the Second Amended Complaint, and any other motions one or |
| 4 | more Defendants makes in response to the Second Amended Complaint, shall be served and filed |
| 5 | on or before April 6, 2009.  Plaintiffs' opposition(s) to the motions shall be served and filed on or |
| 6 | before June 5, 2009.  Defendants may serve and file their replies on or before July 10, 2009.  The |
| 7 | hearing on the motions will occur on August 28, 2009 at 10:00 a.m. |
| 9 | IT IS SO ORDERED. |
| 12 | Dated: __February 19__, 2009 |
| 13 | Charles R. Breyer |
| 14 | United States District Judge |

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*

Stipulation and [Proposed] Order Re: Briefing and Hearing of
Mtns to Dismiss Second Amended Compl. - Case No. C 04-2676 CRB
la-1016126