David F. Graham (*pro hac vice* pending)
dgraham@sidley.com
Eric H. Grush (*pro hac vice* pending)
egrush@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Menesh S. Patel (SBN 241072)
menesh.patel@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys For Defendants
Citigroup Inc.,
Citibank, N.A., and
Citibank (West), FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ATM FEE ANTITRUST LITIGATION | Case No. C04-2676 CRB |
| THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT CITIBANK (WEST), FSB** |

1  Defendant Citibank (West), FSB; the law firm of Weil, Gotshal & Manges LLP; and the law
2  firm of Sidley Austin LLP hereby stipulate as follows:
3  WHEREAS Defendant Citibank (West), FSB's current attorney of record in the above-
4  captioned matter is Weil, Gotshal & Manges LLP; and
5  WHEREAS Defendant Citibank (West), FSB seeks to substitute Weil, Gotshal & Manges
6  LLP with Sidley Austin LLP as its attorney of record in the above-captioned matter.
7  IT IS STIPULATED by and between Defendant Citibank (West), FSB; the law firm of Weil,
8  Gotshal & Manges LLP; and the law firm of Sidley Austin LLP that Sidley Austin LLP replace
9  Weil, Gotshal & Manges LLP as Defendant Citibank (West), FSB's attorney of record in the above-
10 captioned matter.

Dated: February __, 2009                                    CITIBANK (WEST), FSB

                                                            By: _____
                                                                Julie Nelson

/
/
/

2

**STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL /**
**CASE NO. C04-2676 CRB**

1
2
3
4  Dated: February 19, 2009                    WEIL, GOTSHAL & MANGES LLP
5
6                                              By: /s/ James C. Egan
7                                                  James C. Egan, Jr.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL**
**CASE NO. C04-2676 CRB**

| | |
|---|---|
| Dated: February 20, 2009 | SIDLEY AUSTIN LLP |
| | By: /s/ Menesh Patel |
| | Menesh S. Patel |

/

/

/

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: February 23, 2009

_____
CHARLES R. BREYER
United States District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

5

STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL /
CASE NO. C04-2676 CRB