ROBERT S. STERN (CA SBN 68240)
W. STEPHEN SMITH (*admitted pro hac vice*)
GREGORY B. KOLTUN (CA SBN 130454)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California  90013-1024
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454
RStern@mofo.com


Attorneys for Defendants
JPMORGAN CHASE & CO., CHASE BANK USA, N.A.,
JPMORGAN CHASE BANK, N.A., and BANK ONE, N.A.
*(additional counsel and parties listed on signature page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ATM FEE ANTITRUST LITIGATION | Master File No.  C 04-2676 CRB |
| | [CLASS ACTION] |
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS FOR OPENING AND RESPONDING BRIEFS ON JOINT MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| | Hon. Charles R. Breyer |

Stipulation and [Proposed] Order Re: Page Limits for Opening and
Responding Briefs on Jt. Mtn. to Dismiss - Case No. C 04-2676 CRB
la-1022905

1 | WHEREAS, Plaintiffs filed their Second Amended Complaint for Damages and Equitable
2 | Relief on February 2, 2009 (the "SAC");
3 | WHEREAS, Defendants' response to the SAC is due April 6, 2009;
4 | WHEREAS, Defendants have informed Plaintiffs of their intention to move to dismiss the
5 | SAC;
6 | WHEREAS, most Defendants intend to join in a single motion and memorandum (the
7 | "Joint Motion"), although one or more Defendants may file separate motions;
8 | WHEREAS, the parties have met and conferred and agreed, subject to approval of the
9 | Court, that Defendants may have up to 25 pages for their Joint Motion, and Plaintiffs may have up
10 | to 25 pages for their response to the Joint Motion.  Any separately filed motions would be subject
11 | to the page limits in the Court's standing order;
12 | NOW, THEREFORE, THE PARTIES STIPULATE that, subject to the Court's approval,
13 | Defendants may have up to 25 pages for their Joint Motion, and Plaintiffs may have up to 25 pages
14 | for their response to the Joint Motion:
15 | IT IS SO STIPULATED.

Dated:  March 31, 2009

/s/ Robert S. Stern
ROBERT S. STERN
GREGORY B. KOLTUN
SYLVIA RIVERA
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, California  90013-1024
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454

W. STEPHEN SMITH
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW, Suite 5500
Washington, D.C. 20006-1888
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Defendants JPMORGAN CHASE &
CO., CHASE BANK USA, N.A., JPMORGAN
CHASE BANK, N.A., and BANK ONE, N.A.

Stipulation and [Proposed] Order Re: Page Limits for Opening and
Responding Briefs on Jt. Mtn. to Dismiss - Case No. C 04-2676 CRB
la-1022905

1

Dated: March 31, 2009                 /s/ Sonya D. Winner
                                      SONYA D. WINNER
                                      ERIN C. SMITH
                                      COVINGTON & BURLING LLP
                                      One Front Street, 35th Floor
                                      San Francisco, CA 94111
                                      Telephone: (415) 591-6000
                                      Facsimile: (415) 591-6091

                                      Attorneys for Defendants BANK OF AMERICA
                                      CORPORATION and BANK OF AMERICA, N.A.

Dated: March 31, 2009                 /s/ Stephen V. Bomse
                                      STEPHEN V. BOMSE
                                      ORRICK, HERRINGTON & SUTCLIFFE LLP
                                      405 Howard Street
                                      San Francisco, CA 94105-2669
                                      Telephone: (415) 773-5700
                                      Facsimile: (415) 773-5759

                                      Attorneys for Defendant SUNTRUST BANKS, INC.

Dated: March 31, 2009                 /s/ David F. Graham
                                      DAVID F. GRAHAM
                                      SIDLEY AUSTIN LLP
                                      One South Dearborn
                                      Chicago, Illinois 60603
                                      Telephone: (312) 853-7000
                                      Facsimile: (312) 853-7036

                                      Attorneys for Defendants CITIGROUP, INC.,
                                      CITIBANK, N.A., and CITIBANK (WEST), FSB

Dated: March 31, 2009                 /s/ Jack R. Nelson
                                      JACK R. NELSON
                                      REED SMITH LLP
                                      Two Embarcadero Center, Suite 2000
                                      San Francisco, CA 94111
                                      Telephone: (415) 543-8700
                                      Facsimile: (415) 391-8269

                                      Attorneys for Defendant WACHOVIA
                                      CORPORATION

Stipulation and [Proposed] Order Re: Page Limits for Opening and
Responding Briefs on Jt. Mtn. to Dismiss - Case No. C 04-2676 CRB
la-1022905

2

Dated: March 31, 2009            /s/ Joshua N. Holian
DANIEL M. WALL
JOSHUA N. HOLIAN
ERICA T. GROSSMAN
LATHAM & WATKINS
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

DONALD I. BAKER
BAKER & MILLER
2401 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849

Attorneys for Defendants WELLS FARGO & CO., WELLS FARGO BANK, N.A. and SERVUS FINANCIAL CORP.

Dated: March 31, 2009            /s/ Peter E. Moll
PETER E. MOLL (admitted *pro hac vice*)
BRIAN D. WALLACH (admitted *pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

STEPHEN R. COOK
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, CA 92614
Telephone: (949) 759-3981
Facsimile: (949) 721-6910

Attorneys for Defendants CONCORD EFS, INC. and FIRST DATA CORP.

Stipulation and [Proposed] Order Re: Page Limits for Opening and
Responding Briefs on Jt. Mtn. to Dismiss - Case No. C 04-2676 CRB
la-1022905

3

| | |
|---|---|
| Dated:  March 31, 2009 | /s/ Michael J. Kane |

MERRILL G. DAVIDOFF (admitted *pro hac vice*)
BART D. COHEN  (admitted *pro hac vice*)
MICHAEL J. KANE  (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:  (215) 875-3000

JOSEPH R. SAVERI
 LIEFF, CABRASER, HEIMANN
    & BERNSTEIN LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 956-1000

Co-Lead Counsel for Plaintiffs

## GENERAL ORDER 45 ATTESTATION

I, Sylvia Rivera, am the ECF User whose ID and password are being used to file the attached STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS FOR OPENING AND RESPONDING BRIEFS ON JOINT MOTION TO DISMISS SECOND AMENDED COMPLAINT.  In compliance with General Order 45, X.B., I attest that the above-listed signatories have concurred in this filing.

/s/  Sylvia Rivera
Sylvia Rivera

Stipulation and [Proposed] Order Re: Page Limits for Opening and
Responding Briefs on Jt. Mtn. to Dismiss - Case No. C 04-2676 CRB
la-1022905

4

**ORDER**

The parties having stipulated, and good cause appearing, it is hereby ORDERED that Defendants may have up to 25 pages for their Joint Motion to dismiss Plaintiffs' Second Amended Complaint, and Plaintiffs may have up to 25 pages for their response to Defendants' Joint Motion. Any separately filed motions shall be subject to the page limits in the Court's standing order.

IT IS SO ORDERED.

Dated: _____ April 3 ___, 2009

_____
Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" / Judge Charles R. Breyer]*

Stipulation and [Proposed] Order Re: Page Limits for Opening and Responding Briefs on Jt. Mtn. to Dismiss - Case No. C 04-2676 CRB
la-1022905

5