1 | Joseph R. Saveri (SBN 130064)
  | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
2 | 275 Battery Street, 30th Floor
  | San Francisco, CA 94111-3339
3 | (415) 956-1000

4 | Merrill G. Davidoff (Admitted *Pro Hac Vice*)
  | Bart D. Cohen (Admitted *Pro Hac Vice*)
5 | Michael J. Kane (Admitted *Pro Hac Vice)*
  | BERGER & MONTAGUE, P.C.
6 | 1622 Locust Street
  | Philadelphia, PA 19103
7 | (215) 875-3000

8 | Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ATM FEE ANTITRUST LITIGATION | Master File No. C04-2676 CRB |
|---|---|
|  | **CLASS ACTION** |
|  | **STIPULATION AND ORDER** |
| This Document Relates To: ALL ACTIONS |  |

It is hereby stipulated and agreed among the parties that JPMorgan Chase & Co. and Chase Bank USA, N.A., be, and the same hereby are, DISMISSED WITHOUT PREJUDICE.

Dated: April 2, 2008        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:    */s/ Joseph R. Saveri*
                Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
(415) 956-1000

807740.1                    - 1 -                    STIPULATION
                                                     C-04-2676 CRB

| | |
|---|---|
| 1 | Merrill G. Davidoff (Admitted *Pro Hac Vice*) |
| 2 | BERGER & MONTAGUE, P.C. |
|   | 1622 Locust Street |
|   | Philadelphia, PA 19103 |
| 3 | (215) 875-3000 |

*Co-Lead Counsel for Plaintiffs*

MORRISON & FOERSTER LLP

By:   */s/ Robert S. Stern*
            Robert S. Stern

Robert S. Stern
555 West 5th Street, 35th Fl.
Los Angeles, CA  90013-1024
(213) 892-5200
(213) 892-5454

*Attorneys for Defendant JPMorgan Chase & Co. and Chase Bank USA, N.A.*

IT IS SO ORDERED.

Dated:   April 3     , 2009          _____
                                     Charles R. Breyer
                                     United States

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Robert S. Stern.**