Joseph R. Saveri (SBN 130064)
Brendan P. Glackin (SBN 199643)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Merrill G. Davidoff (Admitted *Pro Hac Vice*)
Bart D. Cohen (Admitted *Pro Hac Vice*)
Michael J. Kane (Admitted *Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ATM FEE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C04-2676 CRB<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER RE: FILING OF THIRD AMENDED COMPLAINT, AND BRIEFING AND HEARING OF MOTIONS TO DISMISS THIRD AMENDED COMPLAINT**<br><br>The Honorable Charles R. Breyer |

Having considered the parties' Stipulation regarding the filing of the Third Amended Complaint, and the briefing and hearing of motions to dismiss the Third Amended Complaint, the Court hereby ORDERS that the following schedule shall apply:

1. Third Amended Complaint due October 16, 2009
2. Defendants' Opening Papers due November 13, 2009
3. Plaintiffs' Opposition Papers due December 4, 2009
4. Defendants' Reply Papers due December 23, 2009
5. Hearing on motions to dismiss January 22, 2010 at 10:00 a.m.

Signed: Oct. 05, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

