Joseph R. Saveri (SBN 130064)
Brendan P. Glackin (SBN 199643)
Andrew S. Kingsdale (SBN 255669)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Merrill G. Davidoff (Admitted *Pro Hac Vice*)
Bart D. Cohen (Admitted *Pro Hac Vice*)
Michael J. Kane (Admitted *Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ATM FEE ANTITRUST LITIGATION | Master File No. C04-2676 CRB |
| | **CLASS ACTION** |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER CONTINUING A HEARING CURRENTLY ON CALENDAR** |
| ALL ACTIONS | The Honorable Charles R. Breyer |

| | |
|---|---|
| 1 | WHEREAS the parties have scheduled a mediation for February 26, 2010, the |
| 2 | date of the previously scheduled hearing on the pending motions to dismiss; |
| 3 | IT IS THEREFORE ORDERED that the pending hearing on February 26, 2010, |
| 4 | shall be taken off calendar. The parties shall determine a mutually agreeable civil law and |
| 5 | motion date on which to re-schedule the hearing. When that date has been determined, the |
| 6 | parties shall notify the Court. |
| 7 | SO ORDERED. |

Signed: February 22, 2010

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Charles R. Breyer

Dated: February 19, 2010         Respectfully Submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____*/s/ Joseph R. Saveri*_____
          Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
(415) 956-1000

Merrill G. Davidoff (Admitted *Pro Hac Vice*)
Bart D. Cohen (Admitted *Pro Hac Vice*)
Michael J. Kane (Admitted *Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

*Co-Lead Counsel for Plaintiffs*

MORRISON & FOERSTER LLP


By: */s/ Robert S. Stern*
      Robert S. Stern

Robert S. Stern
Gregory B. Koltun
Sylvia Rivera
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

W. Stephen Smith
2000 Pennsylvania Avenue, NW, Suite 5500
Washington, D.C. 20006-1888
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

*Attorneys for Defendant JPMorgan Chase Bank, N.A., Successor-in-Interest to Bank One, N.A.*

ORRICK, HERRINGTON, & SUTCLIFFE, LLP


By: */s/ Deborah Croyle*
      Deborah Croyle

Stephen V. Bomse
Deborah Croyle
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
phone: (415) 773-4145
fax: (415) 773-5759

*Attorneys for Defendant SunTrust Banks, Inc.*

| | |
|---|---|
| 1 | HOWREY LLP |
| 2 | |
| 3 | By: */s/ Brian D. Wallach* <br> Brian D. Wallach |
| 4 | Peter E. Moll |
| 5 | Brian D. Wallach <br> 1299 Pennsylvania Avenue, N.W. |
| 6 | Washington, D.C. 20004 <br> phone: (202) 783-0800 <br> fax: (202) 383-6610 |
| 7 | |
| 8 | *Attorneys for Defendants Concord EFS, Inc. and First Data Corp.* |
| 9 | LATHAM & WATKINS LLP |
| 10 | |
| 11 | By: */s/ Joshua N. Holian* <br> Joshua N. Holian |
| 12 | Daniel M. Wall |
| 13 | Joshua N. Holian <br> Katie Chang |
| 14 | 505 Montgomery Street <br> Suite 1900 |
| 15 | San Francisco, CA 94111 <br> phone: (415)395-8101 <br> fax: (415) 395-8095 |
| 16 | |
| 17 | BAKER & MILLER |
| 18 | Donald I. Baker <br> 2401 Pennsylvania Avenue, N.W., Suite 300 |
| 19 | Washington, DC 20037 <br> phone: (202) 663-7820 <br> fax: (202) 663-7849 |
| 20 | |
| 21 | *Attorneys for Defendants Wells Fargo & Co., Wells Fargo Bank N.A. and Servus Financial Corp.* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

COVINGTON & BURLING LLP


By: */s/ Kelly P. Finley*
      Kelly P. Finley

Sonya D. Winner
Anita Stork
Kelly P. Finley
One Front Street, 35th Fl.
San Francisco, CA 94111
phone: (415) 591-6000
fax: (415) 591-6091

*Attorneys for Defendant Bank of America N.A.*


SIDLEY AUSTIN LLP


By: */s/ David F. Graham*
      David F. Graham

DAVID F. GRAHAM (admitted *pro hac vice*)
ERIC H. GRUSH (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

MENESH S. PATEL
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendants CITIGROUP, INC., CITIBANK, N.A., and CITIBANK (WEST), FSB*

REED SMITH LLP

By: */s/ Jack R. Nelson*
     Jack R. Nelson

Jack R. Nelson
Jennifer Brady
Two Embarcadero Center, Suite 200
San Francisco, CA 94111
phone: (415) 543-8700
fax: (415) 391-8269

*Attorneys for Defendants Wachovia Corporation and Wachovia Bank, N.A.*

**SIGNATURE ATTESTATION**

I hereby attest that I have written permission to file this document on behalf of each party whose signature is indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: February 19, 2010      Respectfully Submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   */s/ Joseph R. Saveri*
                Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000