1   Joseph R. Saveri (SBN 130064)
    Brendan P. Glackin (SBN 199643)
2   Andrew S. Kingsdale (SBN 255669)
    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
3   275 Battery Street, 29th Floor
    San Francisco, CA  94111-3339
4   Telephone:  (415) 956-1000

5   Merrill G. Davidoff (Admitted *Pro Hac Vice*)
    Bart D. Cohen (Admitted *Pro Hac Vice*)
6   Michael J. Kane (Admitted *Pro Hac Vice*)
    BERGER & MONTAGUE, P.C.
7   1622 Locust Street
    Philadelphia, PA 19103
8   Telephone:  (215) 875-3000

9   *Co-Lead Counsel for Plaintiffs*

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13
    In re ATM FEE ANTITRUST            Master File No. C04-2676 CRB
14   LITIGATION

15                                      **CLASS ACTION**

16                                      **STIPULATION AND [~~PROPOSED~~] ORDER
                                        REVISING SCHEDULE**
17
     This Document Relates To:         The Honorable Charles R. Breyer
18
     ALL ACTIONS
19

20

21

22

23

24

25

26

27

28

886863.1                                           STIPULATION AND [PROPOSED] ORDER

1    WHEREAS plaintiffs need an additional two weeks to respond to defendants'

2  motion for summary judgment filed July 23, 2010;

3    WHEREAS defendants previously requested, and plaintiffs did not oppose, and

4  the Court granted, a two-week extension of the deadline for filing defendants' motion;

5    WHEREAS defendants request an additional one week to file their reply;

6    WHEREAS no hearing has been scheduled on this motion and no other

7  deadline in the case would be affected by the requested extension;

8    It is therefore STIPULATED that the following schedule shall apply to the

9  parties' briefing on the *Illinois Brick* issue requested in the Court's Order dated June 21, 2010

10  (Dkt. No. 658):

11    August 20, 2010: Plaintiffs' Answering Brief due.

12    September 3, 2010: Defendants' Reply Brief due.

13

14  Dated: July 28, 2010           Respectfully Submitted,

15                                 LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

16                                 By:          */s/ Brendan Glackin*
17                                                   Brendan Glackin

18                                 Joseph R. Saveri
                                   Brendan Glackin
19                                 Andrew S. Kingsdale
                                   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
20                                 275 Battery Street, 30th Floor
                                   San Francisco, CA  94111-3339
21                                 (415) 956-1000

22                                 Merrill G. Davidoff (Admitted *Pro Hac Vice*)
                                   Bart D. Cohen (Admitted *Pro Hac Vice*)
23                                 Michael J. Kane (Admitted *Pro Hac Vice*)
                                   BERGER & MONTAGUE, P.C.
24                                 1622 Locust Street
                                   Philadelphia, PA 19103
25                                 (215) 875-3000

26                                 *Co-Lead Counsel for Plaintiffs*

27

28

886863.1                          - 2 -            STIPULATION AND [PROPOSED] ORDER

1

2

MORRISON & FOERSTER LLP

3

By:    /s/ Robert S. Stern
          Robert S. Stern

4

Robert S. Stern

5

Gregory B. Koltun
Sylvia Rivera

6

555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024

7

Telephone: (213) 892-5200
Facsimile: (213) 892-5454

8

9

W. Stephen Smith
2000 Pennsylvania Avenue, NW, Suite 5500

10

Washington, D.C. 20006-1888
Telephone: (202) 887-1500

11

Facsimile: (202) 887-0763

12

13

*Attorneys for Defendant JPMorgan Chase Bank, N.A.,
Successor-in-Interest to Bank One, N.A.*

14

15

ORRICK, HERRINGTON, & SUTCLIFFE, LLP

16

By:    /s/ Deborah Croyle
          Deborah Croyle

17

18

Stephen V. Bomse
Deborah Croyle

19

The Orrick Building
405 Howard Street

20

San Francisco, CA  94105-2669
phone: (415) 773-4145

21

fax: (415) 773-5759

22

*Attorneys for Defendant SunTrust Banks, Inc.*

23

24

25

26

27

28

886863.1

- 3 -

STIPULATION AND [PROPOSED] ORDER

HOWREY LLP


By:    /s/ Brian D. Wallach
            Brian D. Wallach

Peter E. Moll
Brian D. Wallach
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
phone: (202) 783-0800
fax: (202) 383-6610

*Attorneys for Defendants Concord EFS, Inc. and First Data Corp.*

LATHAM & WATKINS LLP


By:    /s/ Joshua N. Holian
            Joshua N. Holian

Daniel M. Wall
Joshua N. Holian
Katie Chang
505 Montgomery Street
Suite 1900
San Francisco, CA  94111
phone: (415)395-8101
fax:  (415) 395-8095


BAKER & MILLER
Donald I. Baker
2401 Pennsylvania Avenue, N.W., Suite 300
Washington, DC  20037
phone: (202) 663-7820
fax:  (202) 663-7849

*Attorneys for Defendants Wells Fargo & Co., Wells Fargo Bank N.A. and Servus Financial Corp.*

886863.1                                    - 4 -                    STIPULATION AND [PROPOSED] ORDER

COVINGTON & BURLING LLP


By:   */s/ Kelly P. Finley*
          Kelly P. Finley

Sonya D. Winner
Anita Stork
Kelly P. Finley
One Front Street, 35th Fl.
San Francisco, CA  94111
phone: (415) 591-6000
fax: (415) 591-6091

*Attorneys for Defendant Bank of America N.A.*


SIDLEY AUSTIN LLP


By:   */s/ David F. Graham*
          David F. Graham

DAVID F. GRAHAM (admitted *pro hac vice*)
ERIC H. GRUSH (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

MENESH S. PATEL
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendants CITIGROUP, INC.,*
*CITIBANK, N.A., and CITIBANK (WEST), FSB*

1     REED SMITH LLP

2
      By:    /s/ Jack R. Nelson
3            Jack R. Nelson

4     Jack R. Nelson
      Jennifer Brady
5     Two Embarcadero Center, Suite 200
      San Francisco, CA 94111
6     phone: (415) 543-8700
      fax: (415) 391-8269
7
      *Attorneys for Defendants Wachovia Corporation and*
8     *Wachovia Bank, N.A.*

9

10    IT IS SO ORDERED.

11

12    Dated: _____July 29 _, 2010.

13    _____
      CHARLES R. BREYER
14    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28