CHAMBERS

Joseph R. Saveri (SBN 130064)
jsaveri@lchb.com
Brendan P. Glackin (SBN 199643)
bglackin@lchb.com
Andrew S. Kingsdale (SBN 255669)
akingsdale@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Merrill G. Davidoff (Admitted *Pro Hac Vice*)
mdavidoff@bm.net
Bart D. Cohen (Admitted *Pro Hac Vice*)
bcohen@bm.net
Michael J. Kane (Admitted *Pro Hac Vice*)
mkane@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

*Co-Lead Counsel for Plaintiffs*

FILED

SEP 2 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ATM FEE ANTITRUST LITIGATION | Master File No. C04-2676 CRB |
| | **CLASS ACTION** |
| This Document Relates To:<br><br>ALL ACTIONS | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL RESPONSES TO 1) PLAINTIFFS' FIFTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO CONCORD EFS, INC. AND FIRST DATA CORPORATION, AND 2) PLAINTIFFS' INTERROGATORIES PROPOUNDED TO ALL BANK DEFENDANTS ON AUGUST 2, 2010** |
| | Judge: Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor<br>Date: October 15, 2010<br>Time: 10:00 a.m. |

892575.1

[PROPOSED] ORDER GRANTING PLAINTIFFS
MOTION TO COMPEL RESPONSES
MASTER FILE NO. C04-2676 CRB

1  Upon consideration of Plaintiffs' Motion to Compel Plaintiffs' Motion to Compel
2  Responses to 1) Plaintiffs' Fifth Set of Requests for Production of Documents to Concord EFS,
3  Inc. And First Data Corporation, and 2) Plaintiffs' Interrogatories Propounded to All Bank
4  Defendants On August 2, 2010, the Court GRANTS the motion.
5  Within ten days of this Order,

- Star shall produce data and information responsive to Request No 5 and Request No. 6 of Plaintiffs' Fifth Set of Requests for Production (served on July 29, 2010) for the period February 1998 through May 2008;
- Star shall produce a privilege log of any responsive documents withheld from production in response to Plaintiffs' Fifth Set of Requests for Production (served on July 29, 2010);
- The Bank Defendants shall provide monthly foreign ATM transaction data and other information responsive to Plaintiffs' Interrogatories 1 through 11 (served on August 2, 2010);
- Bank of America, Citibank, Wachovia, and Wells Fargo shall provide substantive responses to Plaintiffs' Interrogatories 12 through 14 (served on August 2, 2010) regarding prior lawsuits or other claims by or against Star; and
- The parties shall meet and confer about a protocol for the production of electronically stored information.

IT IS SO ORDERED.

Dated: Sept. 23, 2010

THE HONORABLE CHARLES R. BREYER

892575.1 - 1 -

[PROPOSED] ORDER GRANTING PLAINTIFFS MOTION TO COMPEL RESPONSES
MASTER FILE NO. C04-2676 CRB