IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ATM FEE ANTITRUST LITIGATION, | No. C 04-02676 CRB<br><br>**ORDER VACATING DOCKET NO. 736** |

As this case was terminated on September 17, 2010, the Court hereby VACATES the subsequent discovery order at docket no. 736.

**IT IS SO ORDERED.**

Dated: September 29, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\2676\order vacating dckt no 736.wpd