Kimberly Keevers Palmer (Admitted *Pro Hac Vice)*
*kkeevers@rpwb.com*
Michael J. Brickman (Admitted *Pro Hac Vice)*
*mbrickman@rpwb.com*
RICHARDSON, PATRICK, WESTBROOK
& BRICKMAN, LLC
1017 Chuck Dawley Boulevard
Mt. Pleasant, SC 29464
(843) 727-6500

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ATM FEE ANTITRUST LITIGATION | District Court Master File No. C04-2676 CRB<br><br>U.S. Court of Appeals Case No. 10-17354<br><br>**CLASS ACTION** |
| This Document Relates To:<br><br>ALL ACTIONS | **NOTICE OF WITHDRAWAL AND MOTION OF DANIEL O. MYERS TO WITHDRAW AS COUNSEL AND [~~PROPOSED~~] ORDER** |

PLEASE TAKE NOTICE THAT, pursuant to Rule 11-5(a) of the Local Rules of the United States District Court for the Northern District of California, the law firm of Richardson, Patrick, Westbrook & Brickman, LLC hereby withdraws Daniel O. Myers as counsel for plaintiffs and hereby moves the Court for an Order so relieving him. Mr. Myers is no longer affiliated with the law firm of Richardson, Patrick, Westbrook & Brickman, LLC. Richardson, Patrick, Westbrook & Brickman, LLC will remain engaged pursuant to prior entries of appearance as Plaintiffs' counsel in this matter.

Dated: March 2, 2011

RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC

By: Kimberly K. Palmer
Kimberly Keevers Palmer

Kimberly Keevers Palmer
Michael J. Brickman
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
1017 Chuck Dawley Boulevard
Mt. Pleasant, SC 29464
Telephone: (843) 727-6500

Joseph R. Saveri (SBN 130064)
*jsaveri@lchb.com*
Brendan P. Glackin (SBN 199643)
*bglackin@lchb.com*
Andrew S. Kingsdale (SBN 255669)
*akingsdale@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Merrill G. Davidoff (Admitted *Pro Hac Vice*)
*mdavidoff@bm.net*
Bart D. Cohen (Admitted *Pro Hac Vice*)
*bcohen@bm.net*
Michael J. Kane (Admitted *Pro Hac Vice*)
*mkane@bm.net*
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

*Counsel for Plaintiffs*

**[~~PROPOSED~~] ORDER**

It is so ORDERED.

DATED: March 3, 2011

CHARL[ES R. BREYER]
United S[tates District Judge]

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer